UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Southwestern Bell Telephone Company** *et al*,<br><br>            **Plaintiffs,**<br><br>vs.<br><br><br>**Phil Iverson et al.**<br><br>            **Defendants.** | Case No. 3:11-cv-02009 |

### [PROPOSED] ORDER

This action is before the Court on the Motion to Compel Arbitration of Certain Claims And To Dismiss All Other Claims filed by Defendants CCI Communications LLC and Chris J. Gose (collectively "Movants").

Having reviewed the pleadings and finding good cause shown, IT IS HEREBY ORDERED that:

1. Movants' motion to dismiss all claims against them relating to the First and Second Dallas Data Mining Schemes is granted. Those claims are hereby DISMISSED without prejudice;

2. Movants' motion to compel arbitration is GRANTED and all claims against Movants relating to the Atlanta Data Mining Scheme are STAYED pending arbitration;

3. Movants motion to dismiss all remaining claims against Movants is GRANTED without prejudice due to Plaintiffs' failure to comply with the governing pleading requirements.

IT IS SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge