IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, et al., | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:11-cv-2009-O |
| v. | § § | |
| PHIL IVERSON, et al., | § § | |
| Defendants. | § | |

### AGREED ORDER OF DISMISSAL AS TO DEFENDANTS CHRIS J. GOSE AND CCI COMMUNICATIONS LLC

Before the Court is the Parties' Agreed Motion for Order of Dismissal as to Defendants Chris J. Gose and CCI Communications LLC (the "CCI Defendants"). Having considered the motion, the Court finds that it should be and is hereby **GRANTED.**

Accordingly, it is **ORDERED:**

1. This action is dismissed without prejudice as to the CCI Defendants, provided that Plaintiffs shall have leave to reinstate this action against the CCI Defendants up to and including fourteen (14) days after the close of fact discovery in this case.

2. In the event that Plaintiffs do not reinstate this action against the CCI Defendants, or either of them, within fourteen (14) days after the close of fact discovery in this case, this action shall be deemed to be dismissed with prejudice as to the CCI Defendants without further Order of this Court.

3. Each Party shall bear its own attorneys' fees and costs.

**SO ORDERED** on this **4th day** of **November, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**