# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| Southwestern Bell Telephone Company; AT&T Communications of Texas, Inc.; Indiana Bell Telephone Company d/b/a AT&T Indiana; Pacific Bell Telephone Company d/b/a AT&T California; BellSouth Telecommunications, LLC; Teleport Communications Group, Inc. d/b/a TCG Illinois; New Cingular Wireless PCS, LLC d/b/a AT&T Mobility; and SNET Diversified Group, Inc. d/b/a AT&T Diversified Group, | § § § § § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:11-cv-02009-O |
| Phil Iverson; Forrest Sandusky Baker, III; Feature Films For Families, Inc.; All Things Family, Inc.; Blue Skye, L.C.; Vera, L.C.; Moreno Messaging Services LLC; Wilde Telephone Services LLC; VBA Services LLC; Porter Polling Services LLC; Goode Pointe Communications LLC; Calton Communications LLC, and **John Does 1-50,** | § § § § § § § § § § § | Judge Reed C. O'Connor Magistrate Judge Renee Harris Toliver |
| Defendants. | § § | |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiffs Southwestern Bell Telephone Company *et al.* and Defendants Forrest Sandusky Baker, III *et al.*, by and through counsel, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of this action with prejudice. As set forth in Fed. R. Civ. P. 41(a)(1)(A)(ii), this dismissal does not require a Court order because it is signed by all parties who have appeared in the action.

Dated:  January 18, 2013                                            Respectfully Submitted,

| | |
|---|---|
| /s/ Henry T. Kelly | /s/ Christian F. Binnig |
| Henry T. Kelly (IL Bar No. 6196301) | Christian F. Binnig (IL Bar No. 6194161) |
| KELLEY DRYE & WARREN LLP | Jeffrey M. Strauss (IL Bar No. 6181435) |
| 333 W. Wacker Dr., Ste. 2600 | Matthew D. Provance (IL Bar. No. 6300603) |
| Chicago, Illinois 60606 | MAYER BROWN LLP |
| (312) 857-7070 (telephone) | 71 South Wacker Drive |
| (312) 857-7095 (facsimile) | Chicago, IL  60606-4637 |
| HKelly@KelleyDrye.com | (312) 782-0600 |
| | (312) 701-7711 (fax) |
| Phil C. Appenzeller, Jr., SBN 24003710 | cbinnig@mayerbrown.com |
| Nolan C. Knight, SBN 24027125 | jstrauss@mayerbrown.com |
| MUNSCH HARDT KOPF & HARR, P.C. | mprovance@mayerbrown.com |
| 3800 Lincoln Plaza | |
| 500 N. Akard Street | Richard M. Parr |
| Dallas, Texas 75201 | Texas Bar No. 15534250 |
| (214) 855-7542 (telephone) | Lawrence Fogel |
| (214) 978-4325 (facsimile) | Texas Bar No. 24050608 |
| pappenzeller@munsch.com | AT&T Services, Inc. Legal Department |
| nknight@munsch.com | One AT&T Plaza, Suite 2900 |
| | 208 South Akard Street |
| *Attorneys for Defendants Phil Iverson;* | Dallas, Texas  75202-4208 |
| *Forrest Sandusky Baker, III; Feature Films* | (214) 757-3386 |
| *For Families, Inc.; All Things Family, Inc.;* | (214) 748-1660 (fax) |
| *Blue Skye, L.C.; Vera, L.C.; Moreno* | rp3639@att.com |
| *Messaging Services LLC; Wilde Telephone* | lf143c@att.com |
| *Services LLC; VBA Services LLC; Porter* | |
| *Polling Services LLC; Goode Pointe* | *Attorneys for Southwestern Bell Telephone* |
| *Communications LLC; and Calton* | *Company; AT&T Communications of Texas,* |
| *Communications LLC* | *Inc.; Indiana Bell Telephone Company* |
| | *d/b/a AT&T Indiana; Pacific Bell Telephone* |
| | *Company d/b/a AT&T California; BellSouth* |
| | *Telecommunications, LLC; Teleport* |
| | *Communications Group, Inc. d/b/a TCG* |
| | *Illinois; New Cingular Wireless PCS, LLC* |
| | *d/b/a AT&T Mobility; and SNET Diversified* |
| | *Group, Inc. d/b/a AT&T Diversified Group* |

**CERTIFICATE OF SERVICE**

On January 18, 2013, I electronically submitted the foregoing with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Christian F. Binnig
Christian F. Binnig